**MONTGOMERY WARD, INC.,
Appellant–Defendant,**

v.

**Patricia A. KOEPKE and James
Koepke, Appellees–Plaintiffs.**

**No. 37A03–9010–CV–438.**

Court of Appeals of Indiana,
Third District.

May 11, 1992.

Transfer Denied July 27, 1992.

Daniel A. Medrea and Karen L. Hughes, Lucas, Holcomb & Medrea, Merrillville, for appellant-defendant.

Hawk P.C. Kautz, Merrillville, and Terrance L. Smith, Smith & DeBonis, East Chicago, for appellees-plaintiffs.

## OPINION ON PETITION FOR REHEARING

GARRARD, Judge.

Montgomery Ward, Inc. has petitioned for rehearing asserting *inter alia* that we misstated the record concerning its response when the court permitted the plaintiffs to call Dr. Bonjean to testify in person rather than by deposition. Ward points out that our opinion stated that it could have moved for a continuance if it was surprised by the court's ruling, but it did not do so. Ward did indeed request a continuance, and we hereby amend our decision to so reflect.

The misstatement was not material, however, since no argument was presented urging and demonstrating that the court abused its discretion in denying the continuance.

In all other respects the petition for rehearing is denied.

HOFFMAN, P.J., and CHEZEM, J., concur.